**In re MARRIAGE OF Daniel GREEN, Jr. and Jeannette Marie Green.**

**Daniel GREEN, Jr., Petitioner/Appellant,**

v.

**Jeannette Marie GREEN, Respondent/Respondent.**

**Nos. 63060, 63357.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Oct. 26, 1993.

Nathan Cohen, St. Louis, for petitioner, appellant.

Arthur Friedman, Cynthia Tolan, Friedman, Weitzman & Friedman, St. Louis, for respondent, respondent.

Before CRANE, P.J., and KAROHL and CRAHAN, JJ.

*ORDER*

PER CURIAM.

This is a consolidated appeal from the trial court's orders sustaining respondent's motion to modify and motion for attorney's fees pending appeal. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron,* 536 S.W.2d 30 (Mo. banc 1976).

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).